IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01564-RPM-CBS
(Consolidated with 05-cv-01565, 05-cv-01566, and 05-cv-01568)

BARBARA LOHMAN JOHNSON, Personal Representative of the
Estate of RICHARD VERNE LOHMAN, Deceased;
KRISTIN E. LOHMAN,
BRETT E. LOHMAN,
BRYAN R. LOHMAN, Natural Children and Heirs of
RICHARD VERNE LOHMAN, Deceased;
JERRY D. BIGGS, Personal Representative of the
Estate of MICHAEL A. BAKER;
NICOLE BAKER and
WARREN BAKER, Natural Children and Heirs of
MICHAEL A. BAKER, Deceased;
JEFFREY RUDISILL, Personal Representative of the
Estate of CATHERINE LUCILLE LOHMAN, Deceased;
BYRON DREW RUDISILL, Natural Child and Heir of
CATHERINE LUCILLE LOHMAN, Deceased, by and through
his Guardian and Conservator, JEFFREY RUDISILL; and
JERRY D. BIGGS, Personal Representative of the
Estate of KATHLEEN G. BAKER;
ALLISON TEMPLETON, Natural Child and Heir of
KATHLEEN G. BAKER, Deceased,

      Plaintiffs,
v.

AUTOPILOTS CENTRAL, INC., and
GARMIN INTERNATIONAL, INC., foreign corporations,
UNITED STATES OF AMERICA, DEPARTMENT OF
TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION,

      Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTIONS TO
AMEND SCHEDULING ORDER AND ALLOW AMENDMENT OF PLAINTIFFS'
COMPLAINT TO ADD THE UNITED STATES AS A DEFENDANT**

---

THIS MATTER, having come before the Court on the Plaintiffs' Unopposed Motions to

Amend Scheduling Order and Allow Amendment of Plaintiffs' Complaint to Add the United

2

States as a Defendant, and being duly advised in the premises and finding good cause therefor, the Court hereby enters its ORDER *granting* Plaintiffs' Unopposed Motions to Amend Scheduling Order and Allow Amendment of Plaintiffs' Complaint to Add the United States as a Defendant.

DATED this 8th day of June, 2006.

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge