**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              October 30, 2007
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki
_____

Civil Action No.  05-cv-01564-RPM-CBS
(Consolidated with 05-cv-01565, 05-cv-01566, and 05-cv-01568 and 05-cv-02042)

| | |
|---|---|
| BARBARA LOHMAN JOHNSON, Personal Representative of the Estate of RICHARD VERNE LOHMAN, Deceased; KRISTIN E. LOHMAN, BRETT E. LOHMAN, BRYAN R. LOHMAN, Natural Children and Heirs of RICHARD VERNE LOHMAN, Deceased; JERRY D. BIGGS, Personal Representative of the Estate of MICHAEL A. BAKER; NICOLE BAKER and WARREN BAKER, Natural Children and Heirs of MICHAEL A. BAKER, Deceased; JEFFREY RUDISILL, Personal Representative of the Estate of CATHERINE LUCILLE LOHMAN, Deceased; BYRON DREW RUDISILL, Natural Child and Heir of CATHERINE LUCILLE LOHMAN, Deceased, by and through his Guardian and Conservator, JEFFREY RUDISILL; and JERRY D. BIGGS, Personal Representative of the Estate of KATHLEEN G. BAKER; ALLISON TEMPLETON, Natural Child and Heir of KATHLEEN G. BAKER, Deceased, LOVEY L. MOHNSSEN and C. RICHARD RUDIBAUGH, as co-personal representative of the Estate of RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased, S.M., as surviving minor child and heir at law of RICK E. MOHNSSEN, a/k/a RICK EDWARD MOHNSSEN, deceased, by and through her mother, guardian and next friend, LOVEY L. MOHNSSEN, and ERIC MATHIAS, as supervising adult son and heir at law of RICK MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased, | Bruce Lampert<br>Casey F. Schaden |

         Plaintiffs,
v.

| | |
|---|---|
| AUTOPILOTS CENTRAL, INC., and GARMIN INTERNATIONAL, INC., a foreign corporation, UNITED STATES OF AMERICA DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION, | Kevin Kennedy<br>Mary A. Wells<br>Marilyn S. Chappell<br>Mark S. Pestal<br>Colleen L. Conlin |

         Defendants.

_____

## COURTROOM MINUTES
_____

**Motions Hearing**

**10:54 a.m.      Court in session.**

Court's preliminary remarks.

| | |
|---|---|
| 10:57 a.m. | Argument by Mr. Lampert [66]. |
| 11:01 a.m. | Argument by Ms. Wells. |
| | Argument by Ms. Chappell |

**Counsel instructed to personally review applicable documents.**

11:07 a.m.      Rebuttal argument by Mr. Lampert.

**ORDERED:    Plaintiffs' Motion for Relief from "Stipulated" Protective Order / Motion to Compel, filed September 5, 2007 [66], is denied.**

Court states plaintiffs have requested bifurcation (liability / damages).

Argument by Mr. Pestal, Ms. Wells and Mr. Lampert regarding respective positions on bifurcation and pending motion to compel [78].

**Court instructs counsel to confer and clarify respective positions on pending issues (bifurcation and disclosures).**

Discussion regarding depositions.

**ORDERED:    Hearing continued to November 8, 2007 at 11:00 a.m.**

**11:31 a.m.      Court in recess.**

Hearing concluded.   Total time in court 37 min.

2