**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: November 8, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No.  05-cv-01564-RPM-CBS
(Consolidated with 05-cv-01565, 05-cv-01566, and 05-cv-01568 and 05-cv-02042)

| | |
|---|---|
| BARBARA LOHMAN JOHNSON, Personal Representative of the Estate of RICHARD VERNE LOHMAN, Deceased; KRISTIN E. LOHMAN, BRETT E. LOHMAN, BRYAN R. LOHMAN, Natural Children and Heirs of RICHARD VERNE LOHMAN, Deceased; JERRY D. BIGGS, Personal Representative of the Estate of MICHAEL A. BAKER; NICOLE BAKER and WARREN BAKER, Natural Children and Heirs of MICHAEL A. BAKER, Deceased; JEFFREY RUDISILL, Personal Representative of the Estate of CATHERINE LUCILLE LOHMAN, Deceased; BYRON DREW RUDISILL, Natural Child and Heir of CATHERINE LUCILLE LOHMAN, Deceased, by and through his Guardian and Conservator, JEFFREY RUDISILL; and JERRY D. BIGGS, Personal Representative of the Estate of KATHLEEN G. BAKER; ALLISON TEMPLETON, Natural Child and Heir of KATHLEEN G. BAKER, Deceased, LOVEY L. MOHNSSEN and C. RICHARD RUDIBAUGH, as co-personal representative of the Estate of RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased, S.M., as surviving minor child and heir at law of RICK E. MOHNSSEN, a/k/a RICK EDWARD MOHNSSEN, deceased, by and through her mother, guardian and next friend, LOVEY L. MOHNSSEN, and ERIC MATHIAS, as supervising adult son and heir at law of RICK MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased, | Bruce Lampert |

     Plaintiffs,
v.

| | |
|---|---|
| AUTOPILOTS CENTRAL, INC., and GARMIN INTERNATIONAL, INC., a foreign corporation, UNITED STATES OF AMERICA DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION, | Kevin R. Kennedy Mary A. Wells Mark S. Pestal |

     Defendants.

_____
**COURTROOM MINUTES**
_____

**Continued Motions Hearing**

**10:56 a.m.    Court in session.**

Court's preliminary remarks.

10:58 a.m.    Ms. Wells states documents designated highly confidential have not been reviewed.

11:00 a.m.    Mr. Lampert states that plaintiffs' expert has reviewed the documents.

**Court instructs Ms. Wells to inform Mr. Lampert by the end of the day when she intends to review requested documents.**

Statements by Mr. Lampert regarding bifurcation.
Ms. Wells states defendant Garmin does not object to bifurcation.
Statements by Mr. Pestal.

**Court states documents will be produced in accordance with plaintiffs' proposed procedure.**

Mr. Pestal further states government agrees to bifurcation.

Discussion regarding remaining discovery issues (expert depositions and reports), *Daubert,* stipulations*,* scheduling and applicable law.

**Court instructs counsel to brief respective positions on choice of law if disputed.**

**ORDERED:    Bifurcation of liability and damages issues is ordered, with separate jury trials.
Pretrial conference scheduled February 22, 2008 at 2:00 p.m.
Proposed pretrial order shall be submitted directly to chambers in paper by February 15, 2008.
Counsel shall confer and determine deadlines for completion of expert discovery, Daubert challenges (speaking motions) and dispositive motions and submit a revised scheduling order by November 28, 2007.**

**ORDERED:    Plaintiffs' Motion for Protective Order, filed October 12, 2007 [70], is denied.**

**ORDERED:    Garmin International, Inc's Motion to Compel Discovery from Plaintiffs, filed October 29, 2007 [78], is resolved.**

**11:23 a.m.    Court in recess.**

Hearing concluded.    Total time in court: 27 min.

2