IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01564-RPM
(Consolidated with 05-cv-01565, 05-cv-01566, 05-cv-01568 and 05-cv-2042)

BARBARA LOHMAN JOHNSON, Personal Representative of the
Estate of RICHARD VERNE LOHMAN, Deceased;
KRISTIN E. LOHMAN,
BRETT E. LOHMAN,
BRYAN R. LOHMAN, Natural Children and Heirs of
RICHARD VERNE LOHMAN, Deceased;
JERRY D. BIGGS, Personal Representative of the
Estate of MICHAEL A. BAKER;
NICOLE BAKER and
WARREN BAKER, Natural Children and Heirs of
MICHAEL A. BAKER, Deceased;
JEFFREY RUDISILL, Personal Representative of the
Estate of CATHERINE LUCILLE LOHMAN, Deceased;
BYRON DREW RUDISILL, Natural Child and Heir of
CATHERINE LUCILLE LOHMAN, Deceased, by and through
his Guardian and Conservator, JEFFREY RUDISILL; and
JERRY D. BIGGS, Personal Representative of the
Estate of KATHLEEN G. BAKER;
ALLISON TEMPLETON, Natural Child and Heir of
KATHLEEN G. BAKER, Deceased,
LOVEY L. MOHNSSEN and
RICHARD RUDIBAUGH, as co-personal representatives of the estate of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased;
LOVEY L. MOHNSSEN as surviving spouse and heir at law of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased;
S.M., as surviving minor child and heir at law of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased,
by and through her mother, guardian and next friend, LOVEY L. MOHNSSEN; and
ERIC MATHIAS, as surviving adult son and heir at law of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased,

  Plaintiffs,
v.

AUTOPILOTS CENTRAL, INC., and
GARMIN INTERNATIONAL, INC., a foreign corporation,
UNITED STATES OF AMERICA, DEPARTMENT OF
TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION,

  Defendants.

---

ORDER SETTING PRETRIAL CONFRENCE

---

  Pursuant to the hearing convened today, it is

ORDERED that a pretrial conference is scheduled for **February 22, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on February 15, 2008.**  The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: November 8th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge