## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 05-cv-01564-RPM
(Consolidated with 05-cv-01565, 05-cv-01566, and 05-cv-01568)

BARBARA LOHMAN JOHNSON, Personal Representative of the Estate of RICHARD VERNE LOHMAN, Deceased, *et al.*,

        Plaintiffs,

v.

AUTOPILOTS CENTRAL, INC., *et al.*,

        Defendants.
_____

## ORDER AMENDING SCHEDULING ORDER
_____

The parties, through counsel, submit the following proposed modifications to the Amended Scheduling Order:

1. The cutoff for fact and expert discovery shall be January 7, 2008 (subject to efforts by all parties to reach stipulations on the coroner and David Graham issues).

2. The parties shall file any Daubert and/or dispositive motions on or before January 11, 2008.

3. The parties will file simultaneous briefs concerning choice of law on or before January 31, 2008.

4. The parties shall file responses to any Daubert or dispositive motion on or before February 8, 2008.

5. The parties shall file any reply to a Daubert or dispositive motion and response to a choice of law brief on or before February 15, 2008.

6. The parties shall submit a proposed Pretrial Order on or before February 15, 2008, in advance of the February 22, 2008, Pretrial Conference.

7. The parties estimate that trial on issues of liability will take approximately 10 trial days.

DATED: November 28th, 2007.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge