Civil Action No. 05-cv-01564-RPM
(Consolidated with 05-cv-01565, 05-cv-01566, 05-cv-01568 and 05-cv-2042)

BARBARA LOHMAN JOHNSON, Personal Representative of the
Estate of RICHARD VERNE LOHMAN, Deceased;
KRISTIN E. LOHMAN,
BRETT E. LOHMAN,
BRYAN R. LOHMAN, Natural Children and Heirs of
RICHARD VERNE LOHMAN, Deceased;
JERRY D. BIGGS, Personal Representative of the
Estate of MICHAEL A. BAKER;
NICOLE BAKER and
WARREN BAKER, Natural Children and Heirs of
MICHAEL A. BAKER, Deceased;
JEFFREY RUDISILL, Personal Representative of the
Estate of CATHERINE LUCILLE LOHMAN, Deceased;
BYRON DREW RUDISILL, Natural Child and Heir of
CATHERINE LUCILLE LOHMAN, Deceased, by and through
his Guardian and Conservator, JEFFREY RUDISILL; and
JERRY D. BIGGS, Personal Representative of the
Estate of KATHLEEN G. BAKER;
ALLISON TEMPLETON, Natural Child and Heir of
KATHLEEN G. BAKER, Deceased,
LOVEY L. MOHNSSEN and
RICHARD RUDIBAUGH, as co-personal representatives of the estate of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased;
LOVEY L. MOHNSSEN as surviving spouse and heir at law of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased;
S.M., as surviving minor child and heir at law of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased,
by and through her mother, guardian and next friend, LOVEY L. MOHNSSEN; and
ERIC MATHIAS, as surviving adult son and heir at law of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased,

    Plaintiffs,
v.

AUTOPILOTS CENTRAL, INC., and
GARMIN INTERNATIONAL, INC., a foreign corporation,
UNITED STATES OF AMERICA, DEPARTMENT OF
TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION,

    Defendants.

---

## ORDER VACATING PRETRIAL CONFERENCE

Considering the motions that have been filed since the order of November 8, 2007, setting the pretrial conference for February 22, 2008, at 2:00 p.m., it is apparent that

proceeding with the pretrial conference at this time would not be productive. It is

ORDERED that the pretrial conference is vacated.

DATED: February 12th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge