IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: September 4, 2008
Courtroom Deputy: Valeri P. Barnes
FTR: Kathy Terasaki
_____

Civil Action No. 05-cv-01564-RPM
(Consolidated with 05-cv-01565, 05-cv-01566, 05-cv01568 and 05-cv-02042)

| | |
|---|---|
| BARBARA LOHMAN JOHNSON, Personal Representative of the Estate of RICHARD VERNE LOHMAN, Deceased; KRISTIN E. LOHMAN; BRETT E. LOHMAN; BRYAN R. LOHMAN, Natural Children and Heirs of RICHARD VERNE LOHMAN, Deceased; JERRY D. BIGGS, Personal Representative of the Estate of MICHAEL A. BAKER; NICOLE BAKER and WARREN BAKER, Natural Children and Heirs of MICHAEL A. BAKER, Deceased; JEFFREY RUDISILL, Personal Representative of the Estate of CATHERINE LUCILLE LOHMAN, Deceased; BYRON DREW RUDISILL, Natural Child and Heir of CATHERINE LUCILLE LOHMAN, Deceased, by and through his Guardian and Conservator, JEFFREY RUDISILL; and JERRY D. BIGGS, Personal Representative of the Estate of KATHLEEN G. BAKER; ALLISON TEMPLETON, Natural Child and Heir of KATHLEEN G. BAKER, Deceased; LOVEY L. MOHNSSEN and RICHARD RUDIBAUGH, as co-personal representatives of the estate of RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased; LOVEY L. MOHNSSEN as surviving spouse and heir at law of RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased; S.M., as surviving minor child and heir at law of RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased, by and through her mother, guardian and next friend, LOVEY L. MOHNSSEN; and ERIC MATHIAS, as surviving adult son and heir at law of RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased, | Bruce Lampert Casey Schaden |

      Plaintiffs,

v.

| | |
|---|---|
| AUTOPILOTS CENTRAL, INC., and | Mary Wells |
| GARMIN INTERNATIONAL, INC., a foreign corporation, | Marilyn Chappell |
| UNITED STATES OF AMERICA, DEPARTMENT OF | Colleen Conlin |
| TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION, | |

      Defendants.

___

**COURTROOM MINUTES**
___

HEARING: Motions

**2:00 p.m.**     **Court in session.**

Also present: Plaintiffs Kristin Lohman, Brett Lohman, Barbara Lohman Johnson and Defendant Garmin client representative Thomas Carr.

Argument by Mr. Lampert and Ms. Wells on Defendant Garmin International, Inc.'s Motion for Summary Judgment **(93)**.

**ORDERED:**     Defendant Garmin International, Inc.'s Motion for Summary Judgment **(93)** is **taken under advisement**.

**3:45 p.m.**     **Court in recess/hearing concluded.**

Total in-court time: 1:45