IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01564-RPM-CBS
(Consolidated with 05-cv-01565, 05-cv-01566, 05-cv-01568 and 05-cv-2042)

BARBARA LOHMAN JOHNSON, Personal Representative of the
Estate of RICHARD VERNE LOHMAN, Deceased;
KRISTIN E. LOHMAN,
BRETT E. LOHMAN,
BRYAN R. LOHMAN, Natural Children and heirs of
RICHARD VERNE LOHMAN, Deceased;
JERRY D. BIGGS, Personal Representative of the
Estate of MICHAEL A. BAKER;
NICOLE BAKER and
WARREN BAKER, Natural Children and Heirs of
MICHAEL A. BAKER, Deceased;
JEFFREY RUDISILL, Personal Representative of the
Estate of CATHERINE LUCILLE LOHMAN, Deceased;
BRYON DREW RUDISILL, Natural Child and Heir of
CATHERINE LUCILLE LOHMAN, Deceased, by and through
His Guardian and Conservatory, JEFFREY RUDISILL; and
JERRY D. BIGGS, Personal Representative of the
Estate of KATHLEEN G. BAKER;
ALLISON TEMPLETON, Natural Child and Heir of
KATHLEEN G. BAKER, Deceased,
LOVEY L. MOHNSSEN and
RICHARD RUDIBAUGH, as co-personal representatives of the estate of
RICK E. MOHNSSEN a/k/a/ RICK EDWARD MOHNSSEN, deceased;
LOVEY L. MOHNSSEN as surviving spouse and heir at law of
RICK E. MOHNSSEN a/k/a/ RICK EDWARD MOHNSSEN, deceased;
S.M., as surviving minor child and heir at law of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased,
by and through her mother, guardian and next friend, LOVEY L. MOHNSSEN; and
ERIC MATHIAS, as surviving adult son and heir at law of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased,

    Plaintiffs,

v.

AUTOPILOTS CENTRAL, INC. and
GARMIN INTERNATIONAL, INC., a foreign corporation,

UNITED STATES OF AMERICA, DEPARTMENT OF
TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION,

    Defendants.

### ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST
### AUTOPILOTS CENTRAL, INC. WITH PREJUDICE

THIS MATTER comes before the Court upon Plaintiffs' Unopposed Motion to Dismiss All Claims Against Autopilot's Central Inc. with Prejudice, and the Court having reviewed said motion finds that it is made in good faith and that good cause exists to dismiss the claims against Autopilots Central, Inc. with prejudice, it is

ORDERED that all of Plaintiffs' claims against Autopilots Central Inc. be dismissed with prejudice, with each party to pay his, her, or its own fees and costs.

Entered this 30th day of September, 2008.

                BY THE COURT:

                s/Richard P. Matsch

                Richard P. Matsch, Senior Judge