IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01564-RPM
(Consolidated with 05-cv-01565, 05-cv-01566, 05-cv-01568 and 05-cv-02042)

JERRY D. BIGGS, Personal Representative of the
Estate of MICHAEL A. BAKER;
NICOLE BAKER and
WARREN BAKER, Natural Children and Heirs of
MICHAEL A. BAKER, Deceased;
JERRY D. BIGGS, Personal Representative of the
Estate of KATHLEEN G. BAKER; and
ALLISON TEMPLETON, Natural Child and Heir of
KATHLEEN G. BAKER, Deceased,

      Plaintiffs,
v.

UNITED STATES OF AMERICA, DEPARTMENT OF
TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION,

      Defendant.

## ORDER SETTING TRIAL DATE

Pursuant to the trial setting conference regarding damages conducted on December 15, 2009, it is

ORDERED that this matter is set for trial to the Court on damages with respect to plaintiffs Baker on **April 22, 2010, at 9:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

      DATED: December 16th, 2009

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge