IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01564-RPM
(Consolidated with 05-cv-01565, 05-cv-01566, 05-cv-01568 and 05-cv-02042)

LOVEY L. MOHNSSEN and
C. RICHARD RUDIBAUGH, as co-personal representatives of the estate of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased;
LOVEY L. MOHNSSEN as surviving spouse and heir at law of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased;
S.M., as surviving minor child and heir at law of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased,
by and through her mother, guardian and next friend, LOVEY L. MOHNSSEN; and
ERIC MATHIAS, as surviving adult son and heir at law of
RICK E. MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased,

     Plaintiffs,
v.

UNITED STATES OF AMERICA, DEPARTMENT OF
TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION,

     Defendant.

---

## ORDER SETTING TRIAL DATE

---

     Pursuant to the trial setting conference regarding damages conducted on December 15, 2009, it is

     ORDERED that this matter is set for trial to the Court on damages with respect to plaintiffs Mohnssen on **February 22, 2010, at 9:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

     DATED: December 16th, 2009

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge