IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01564-RPM-MEH
(Consolidated with 05-cv-01565, 05-cv-01566, and 05-cv-01568)

BARBARA LOHMAN JOHNSON, Personal Representative of the
Estate of RICHARD VERNE LOHMAN, Deceased, et al.

      Plaintiffs,
v.

UNITED STATES OF AMERICA, DEPARTMENT OF
TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION,

      Defendants.

---

## ORDER GRANTING JOINT MOTION OF PARTIES
## TO VACATE TRIAL DATE OF MOHNSSEN DAMAGE CASE

---

Pursuant to the Joint Motion of the Parties to Vacate Trial Date of Mohnssen Damage Case [188], it is

ORDERED AS FOLLOWS:

1. The trial currently scheduled before the Hon. Judge Matsch to commence on Monday, February 22, 2010 is vacated.

2. The trial is continued for 60 days pending the submission of a motion for approval of the settlement on behalf of the minor child and final dismissal subject to Court approval.

DATED this 19th day of February, 2010.

                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch
                                                  United States Senior District Court Judge