IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01564-RPM-CBS
(Consolidated with 05-cv-01565, 05-cv-01566,
05-cv-01568, and 05-cv-2042)

BARBARA LOHMAN JOHNSON, Personal
Representative of the Estate of RICHARD
VERNE LOHMAN, Deceased, et al.

    Plaintiffs,
v.

UNITED STATES OF AMERICA,

    Defendants.

---

## ORDER APPROVING SETTLEMENT OF WRONGFUL
## DEATH CLAIM ON BEHALF OF MINOR CHILD

---

THIS MATER comes before the Court, pursuant to a Petition by Lovey Mohnssen, natural mother of the Minor Child Samantha Nicole Mohnssen, requesting an Order of the Court approving a wrongful death settlement and apportionment of proceeds, attorneys fees and costs on behalf of the minor beneficiary, Samantha Nicole Mohnssen, and for the purchase of an annuity contract on behalf and for the benefit of Samantha Nicole Mohnssen.

THE COURT, having read the Petition, and finding good cause therefor, issues its ruling as follows:

    1    This Court has proper jurisdiction, and all required notice was given of the petition and request for approval.

2. Samantha Nicole Mohnssen is a minor child, date of birth of October 17, 2001 The Petitioner Lovey Mohnssen is the natural mother of the Minor Child, Samantha Nicole Mohnssen.

3. Pursuant to the Colorado Wrongful Death Law and Statute on Descent and Distribution, the minor child is to receive 25 percent of the wrongful death proceeds after statutory attorneys' fees and payment of a pro rata share of the costs of pursuing this litigation.

4. The proceeds are to be paid by the United States Treasury to purchase the attached and included annuity contract with Prudential Assigned Settlement Services for the benefit of the minor child when she reaches her majority of 18 years of age.

WHEREFORE, the Court herein approves the proposed settlement on behalf of the minor child, Samantha Nicole Mohnssen, approves the purchase of the annuity on behalf of the minor child by the defendant United States, approves the minor paying her pro rata share of attorneys' fees and costs as herein submitted and fully approves the settlement.

DATED this 30 day of April, 2010.

Richard P. Matsch, Senior District Judge

# CONFIRMATION OF SETTLEMENT

Samantha Mohnssen
Date of Birth: October 15, 2001
Normal Life Expectancy: 72 Years

|  | Cost | Guaranteed Benefits | Projected Benefits |
|---|---|---|---|
| **Education Fund** | | | |
| $75,000 annually, guaranteed 5 years, beginning October 15, 2019. The last payment will be made on October 15, 2023. | $232,800 | $375,000 | $375,000 |
| $2,000 per month, guaranteed 5 years, beginning October 15, 2019. The last payment will be made on September 15, 2024. | $72,962 | $120,000 | $120,000 |
| | $305,762 | $495,000 | $495,000 |
| **Guaranteed Lump Sum Payment** | | | |
| $50,000 guaranteed lump sum payable October 15, 2019. | $35,372 | $50,000 | $50,000 |
| **Lifetime Monthly Income** | | | |
| $3,863.66 per month for the life of Samantha Mohnssen, guaranteed 30 years, beginning October 15, 2024. Last guaranteed payment September 15, 2054. | $396,867 | $1,390,918 | $2,689,107 |
| **TOTAL** | $738,000 | $1,935,918 | $3,234,107 |

This confirmation is valid until May 19, 2010.

: HART
April 22, 2010

Prepared By EPS Settlements Group, Inc.



**The Prudential Insurance Company of America**
Structured Settlement Proposal
200 Wood Avenue
Iselin, NJ 08830

# Structured Settlement Annuity Quote for: Mohnssen2

| Owner Jurisdiction : | New Jersey (0.00% tax) | | Quote Date : | 04/27/2010 |
|---|---|---|---|---|
| Rate Series : | PRU140 | | Purchase Date : | 07/01/2010 |
| Rates Effective : | 02/25/2010 | | Expiration Date: | 05/04/2010 |

| Payments For : Samantha Mohnssen | Female, | Date of Birth: 10/15/2001 | | Age: 9 |
|---|---|---|---|---|

| Benefit Type | Amount | Mode* | Benefit Period | Premium Incl 0.00% Tax |
|---|---|---|---|---|
| Period Certain | $75,000.00 | Annually | 10/15/2019 - 10/15/2023 (5 yrs guaranteed) | $234,150.00 |
| Period Certain | $2,000.00 | Monthly | 10/15/2019 - 09/15/2024 (5 yrs guaranteed) | $73,402.00 |
| Life with Certain | $3,640.66 | Monthly | 10/15/2024 - for Life (30 yrs guaranteed) | $376,550.00 |

| Lump Sums | Amount | Age | Payment Date | Premium Incl 0.00% Tax |
|---|---|---|---|---|
| Lump Sum Guaranteed | $50,000.00 | 18 | 10/15/2019 | $35,648.50 |

Subtotal For : Samantha Mohnssen       $719,750.50

### SUMMARY INFORMATION

ANNUITY COST..................................................................................... $719,750.50
Assignment Fee .................................................................................... $250.00
TOTAL ANNUITY COST W/ FEES ....................................................... $720,000.50

*The total case premium has now reached the threshold for daily rates. Please call Prudential to obtain the best available Prudential rate for this quote.*

*The Structured Settlement Broker presenting this quote must confirm that this Quote complies with Prudential's underwriting guidelines before it is presented.*

*This Prudential Structured Settlement Annuity Quote will not be binding upon The Prudential Insurance Company of America (Prudential) except as otherwise set forth below. This Quote may only be accepted in its entirety and not in part unless approved by Prudential prior to acceptance.*

Quote Purchase Date is after Quote Expiration Date. The premium due or rate commitment letter must be submitted on or before the Expiration Date. If a rate commitment letter is properly submitted, the premium due must be submitted on or before the Purchase Date.

Once accepted, Prudential may withhold payments and not issue a contract until it receives documentation required by it. Until a beneficiary designation form is signed by the payee(s), the beneficiary will be the estate of the payee(s).

* Defined Term; see Definitions Report for details.

** PLEASE FURNISH A COPY OF THIS ILLUSTRATION WITH THE DATA TRANSMITTAL FORM.

| Quote ID | Mohnssen2 | Apr 27, 2010 | The Prudential Insurance Company of America |
|---|---|---|---|
| Prepared by | Susan Clark | Page 1 of 1 | Version 4.4.0 |