IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01564-RPM-CBS
(Consolidated with 05-cv-01565, 05-cv-01566,
05-cv-01568, and 05-cv-2042)

BARBARA LOHMAN JOHNSON, Personal
Representative of the Estate of RICHARD
VERNE LOHMAN, Deceased, et al.

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to the parties' Stipulation for Voluntary Dismissal with Prejudice, and being

duly advised in the premises, the Court hereby dismisses these consolidated cases with prejudice,

with each party to bear their own costs.

      DATED this 13th day of July, 2010.

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge