**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  05-cv-01564-RPM-CBS
(Consolidated with 05-cv-01565, 05-cv-01566, and 05-cv-01568 and 05-cv-02042)

BARBARA LOHMAN JOHNSON, Personal Representative of the
Estate of RICHARD VERNE LOHMAN, Deceased;
KRISTIN E. LOHMAN,
BRETT E. LOHMAN,
BRYAN R. LOHMAN, Natural Children and Heirs of
RICHARD VERNE LOHMAN, Deceased;
JERRY D. BIGGS, Personal Representative of the
Estate of MICHAEL A. BAKER;
NICOLE BAKER and
WARREN BAKER, Natural Children and Heirs of
MICHAEL A. BAKER, Deceased;
JEFFREY RUDISILL, Personal Representative of the
Estate of CATHERINE LUCILLE LOHMAN, Deceased;
BYRON DREW RUDISILL, Natural Child and Heir of
CATHERINE LUCILLE LOHMAN, Deceased, by and through
his Guardian and Conservator, JEFFREY RUDISILL; and
JERRY D. BIGGS, Personal Representative of the
Estate of KATHLEEN G. BAKER;
ALLISON TEMPLETON, Natural Child and Heir of
KATHLEEN G. BAKER, Deceased,
LOVEY L. MOHNSSEN and
C. RICHARD RUDIBAUGH, as co-personal representative
of the Estate of RICK E. MOHNSSEN
a/k/a RICK EDWARD MOHNSSEN, deceased,
S.M., as surviving minor child and heir at law of
RICK E. MOHNSSEN, a/k/a RICK EDWARD MOHNSSEN, deceased,
by and through her mother, guardian and next friend,
LOVEY L. MOHNSSEN, and
ERIC MATHIAS, as supervising adult son and heir at law of
RICK MOHNSSEN a/k/a RICK EDWARD MOHNSSEN, deceased,

     Plaintiffs,
v.

UNITED STATES OF AMERICA DEPARTMENT OF
TRANSPORTATION FEDERAL AVIATION ADMINISTRATION.

     Defendant.
_____

**ORDER REGARDING RETURN OF TRIAL EXHIBITS AND DEPOSITIONS**
_____

After review of the record and the Order of Dismissal With Prejudice being entered on July 13, 2010

[206], it is

ORDERED that counsel for the respective parties shall contact the Court's courtroom deputy at (303) 335-2112 to make arrangements for the return of all trial exhibits and depositions retained at the conclusion of the trial on August 21, 2009 and stored at the Clerk's Office, Alfred A. Arraj Courthouse, 901 19th Street, Denver Colorado 80294.

DATED at Denver, Colorado this 18th day of August, 2010.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Judge
United States District Court